■ In the Matter of CYNTHIA M. PRISTUPA, Respondent, v STATE FARM INSURANCE COMPANY, Appellant. [625 NYS2d 927] —Appeal by State Farm Insurance Company from a judgment of the Supreme Court, Suffolk County (McInerney, J.), entered January 7, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice McInerney at the Supreme Court. Balletta, J. P., Thompson, Santucci and Altman, JJ., concur.